FILED

07/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0168

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0168

IN RE THE PARENTING OF
A.J.B., a minor child,

KATIE MARIE THORNTON,

       Petitioner and Appellee,

    and

GREGORY STEVEN BALLARD,

       Respondent and Appellant.

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. P. 12(1)(i) requires the appellant's brief be appended with the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support.

After reviewing the Appellant's opening brief filed electronically on July 28, 2021, this Court has determined that the brief does not comply with the above-referenced Rule and must be resubmitted.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court this brief with an appendix to support the brief as necessary to comply with Rule 12(1)(i) and that the Appellant shall serve copies of the brief with appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the resubmitted brief and appendix.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
July 29 2021